**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) | |
| Plaintiffs, ) ) | No. 12 C 1853 |
| v. ) ) | Judge Der-Yeghiayan |
| BOLINGBROOK REDI-MIX COMPANY ) an Illinois corporation and ) ROBERT A. BRIGHT, Individually, ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## MOTION FOR DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of an order of default and judgment in sum certain. In support of their Motion, Plaintiffs state as follows:

1. Suit was filed on March 24, 2012 for collection of delinquent ERISA contributions, plus attorneys' fees, costs, and interest, under 29 U.S.C. 1132(g)(2).

2. Service was made upon Bolingbrook Redi-Mix Company, an Illinois corporation, on March 26, 2012, and a copy of the proof of service was filed with the court on April 4, 2012.

3. Service was made upon Robert A. Bright, Individually, on March 26, 2012, and a copy of the proof of service was filed with the court on April 4, 2012.

4. More than 21 days have passed without any response to the Complaint by Defendants, so that Defendants are now in default.

5. As supported by the attached Affidavits, the sums due on the Complaint are:

$84,110.90 Pension
$11,091.81 Welfare
$48,345.37 Pension Fund installment note
$6,531.68 Welfare Fund installment note
$925.00 Attorneys fees
$439.00 Court costs
$151,443.76

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding Defendants, Bolingbrook Red-Mix Company, an Illinois corporation and Robert A. Bright, Individually; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $151,443.76.

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: April 18, 2012