# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) Plaintiffs, ) ) v. ) ) BOLINGBROOK REDI-MIX COMPANY ) an Illinois corporation and ) ROBERT A. BRIGHT, Individually, ) ) Defendants. ) | No. 12 C 1853<br><br>Judge John Lee<br><br>Magistrate Judge Schenkier |

## MOTION FOR DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of an order of default and judgment in sum certain. In support of their Motion, Plaintiffs state as follows:

1. Suit was filed on March 24, 2012 for collection of delinquent ERISA contributions, plus attorneys' fees, costs, and interest, under 29 U.S.C. 1132(g)(2).

2. Service was made upon Bolingbrook Redi-Mix Company, an Illinois corporation, on March 26, 2012, and a copy of the proof of service was filed with the court on April 4, 2012.

3. Service was made upon Robert A. Bright, Individually, on March 26, 2012, and a copy of the proof of service was filed with the court on April 4, 2012.

4. Counsel for Defendants filed their Appearance on April 20, 2012.

5. At the April 26, 2012 status hearing, the Court ordered the parties to seek a resolution by May 10, 2012 and if no settlement is reached, Defendants were given to May 31, 2012 to file their Answer. No Answer has been filed by the Defendants.

6.  More than 21 days have passed without any response to the Complaint by Defendants, so Defendants are now in default.

7.  On June 12, 2012 counsel discussed possible resolution and Defendants' counsel suggested that Plaintiffs file a Motion for Default and Judgment in Sum Certain.

8.  As supported by the attached Affidavits, the sums due on the Complaint are:

$117,782.77  Pension audit
$15,359.04   Welfare audit
$39,553.67   Pension Fund installment note
$5,922.97    Welfare Fund installment note
$925.00      Attorneys fees
$439.00      Court costs
$179,982.35

WHEREFORE, Plaintiffs pray for the entry of an Judgment Order in favor of the Plaintiffs Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds as follows:

A.  Judgment against Defendant, Bolingbrook Redi-Mix Company, an Illinois corporation in the amount of $179,982.35 on Counts I and II;

B.  Judgment against Defendant, ROBERT A. BRIGHT, Individually on Count III in the amount of $45,476.54, jointly and severally with the corporation.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 13, 2012